

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Voice of San Diego, Will Huntsberry

**Civil Action No.** 22-cv-00834-TWR-MSB

**Plaintiff,**

V.

Naval Criminal Investigative Service, U.S. Department of the Navy, U.S. Department of Defense

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' Motion for Summary Judgment

**Date:** _____10/8/24_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle

S. Tweedle, Deputy